UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-03464-SPG-DMK | Date | April 9, 2026 |
|---|---|---|---|
| Title | American Sentinel Insurance Company v. Logistics Academy et al. | | |

Present: The Honorable **SHERILYN PEACE GARNETT**
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL OF DEFENDANT ROBERT HEATH LOGISTICS, LLC**

Plaintiff American Sentinel Insurance Company ("Plaintiff") filed this action in May 2023, asserting a claim for declaratory relief against Defendants Logistics Academy; Robert Heath Logistics, LLC; and Bimbo Bakeries, USA, Inc. in connection with Plaintiff's duty to defend and indemnify an underlying action in Los Angeles County Superior Court. *See* (ECF No. 1 ("Complaint")). Plaintiff dismissed Defendant Bimbo Bakeries from the case in February 2024 and moved for default judgment against Defendants Logistics Academy and Robert Heath Logistics in April 2024. *See* (ECF Nos. 71, 72). In August 2024, the Court entered default judgment against Logistics Academy but denied default judgment against Robert Heath Logistics, concluding that the Complaint did not allege sufficient facts to establish personal jurisdiction over Robert Heath Logistics. *See* (ECF No. 77). To date, Plaintiff has not filed an amended complaint alleging additional facts sufficient to support the exercise of personal jurisdiction over Robert Heath Logistics. Therefore, Plaintiff is ordered to show cause, in writing, within fourteen (14) days of the date of this order why the Court should not dismiss Robert Heath Logistics for lack of personal jurisdiction.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg