**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN SENTINEL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>             v.<br><br>LOGISTICS ACADEMY; ROBERT HEATH LOGISTICS, LLC; and BIMBO BAKERIES USA, INC,<br><br>                    Defendants. | Case No. 2:23-cv-03464-SPG-DMK<br><br>**JUDGMENT** |

-1-

Pursuant to the Order Granting Plaintiff American Sentinel Insurance Company's ("Plaintiff") Motion for Default Judgment, filed at ECF No. 77, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered for Plaintiff against Defendant Logistics Academy.

2. Plaintiff does not owe a duty to defend or indemnify Defendant Logistics Academy or its affiliates in the action *Ernesto Rivera v. Bimbo Bakeries, Inc. et al.*, Case No. 21STCV08885.

**IT IS SO ORDERED.**

DATED: April 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-