# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMERICAN SENTINEL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>       v.<br><br>LOGISTICS ACADEMY; ROBERT HEATH LOGISTICS, LLC; and BIMBO BAKERIES USA, INC,<br><br>                  Defendants. | Case No. 2:23-cv-03464-SPG-JPR<br><br>**JUDGMENT** |

-1-

Pursuant to the Order Dismissing Defendant Robert Heath Logistics, LLC for Lack of Personal Jurisdiction, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Robert Heath Logistics, LLC is dismissed without prejudice to Plaintiff American Sentinel Insurance Company re-filing its claim against Robert Heath Logistics in a court of competent jurisdiction.

**IT IS SO ORDERED.**

DATED: April 28, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE